O
CHJV

FILED BY ____ D.C.

05 AUG 18 AM 6:43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY
____cas____

AUG 1 5 2005

AFTER HOURS DEPOSITORY
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE,
WESTERN DIVISION

| | |
|---|---|
| ROY TOWNS, )<br>)<br>PETITIONER, )<br>)<br>VS. )<br>)<br>BAPTIST MEMORIAL HOSPITAL FOR )<br>WOMEN; AND )<br>BAPTIST MEMORIAL HEALTHCARE )<br>CORPORATION )<br>)<br>RESPONDENTS. | CAUSE NO.: 03-2707DV |

MOTION FOR NONJURY TRIAL BEFORE THE JUDGE
AND MOTION TO WAIVE TRIAL BY JURY

## MOTION

COMES NOW Plaintiff, Roy Towns, by and through his undersigned counsel, and moves this Court for a nonjury trial before the Judge. Plaintiff states the following in support of this motion:

1. Plaintiff has consulted with defendant about plaintiff's waiver of his right to a jury trial and plaintiff's request for a nonjury trial before the Judge. Defendants have refused to consent to a nonjury trial before the Judge.

**MOTION DENIED**
DATE: 8/17/2005
_____
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

(72)

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-18-05

1

2. Plaintiff hereby waives his right to a jury trial. Plaintiff's waiver is voluntary, knowing, and intelligent, with sufficient awareness of the relevant circumstances and likely consequences, see Brady v. United States, 397 U.S. 742, 748 (1970).

Respectfully Submitted,

*[signature]*

Samuel Jones, BPR No. 013849
Attorney at Law
147 Jefferson Avenue, Suite 407
Memphis, TN 38103
Tel: 901-523-7883

### CERTIFICATE OF CONSULTATION

This is to certify that Samuel Jones, counsel for Roy Towns (Plaintiff), consulted with Paul Prather, counsel for Defendants, about plaintiff's request for a nonjury trail before the judge and by letter dated August 10, 2005 counsel for Defendants refused to consent to a nonjury trial.

*[signature]*

Samuel Jones
Date: 8/15/05

2

## CERTIFICATE OF SERVICE

I, Samuel Jones, certify that a copy of the foregoing has been placed in the U.S. Mail, postage prepaid, addressed to:

Mr. George W. Loveland
KIESEWETTER WISE
3725 Champion Hills Drive, Suite 3000
Memphis, TN 38125

This 15TH day of August, 2005.

Samuel Jones

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 2:03-CV-02707 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Samuel Jones
LAW OFFICE OF SAMUEL JONES
147 Jefferson Ave.
Ste. 407
Memphis, TN 38103

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

George W. Loveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable Bernice Donald
US DISTRICT COURT