UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROY TOWNS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 03-2707-DV |
| BAPTIST MEMORIAL HOSPITAL FOR WOMEN AND BAPTIST MEMORIAL HEALTH CARE CORPORATION, | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS' MOTION TO QUASH TRIAL SUBPOENA OF STEPHEN C. REYNOLDS AND FOR PROTECTIVE ORDER

This matter comes before the Court on Defendants' Motion to Quash the Trial Subpoena of Stephen C. Reynolds and for Protective Order. Having considered the motion, the Court finds it is well taken and should be GRANTED for the following reasons: (1) Plaintiff failed to tender fees and mileage as prescribed by Fed. R. Civ. P. 45(b)(1), thus rendering the subpoena void and invalid; (2) Plaintiff has failed to demonstrate that Reynolds possesses any relevant knowledge to which he can testify, rendering the subpoena unduly burdensome under Fed. R. Civ. P. 45(c)(3)(A).

IT IS HEREBY ORDERED that the trial subpoena of Stephen C. Reynolds is quashed and that Plaintiff is prohibited from seeking to compel the appearance of Stephen C. Reynolds at trial without permission of the Court.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

_____
JUDGE DIANE K. VESCOVO

Date: August 19, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:03-CV-02707 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Samuel Jones
LAW OFFICE OF SAMUEL JONES
147 Jefferson Ave.
Ste. 407
Memphis, TN 38103

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

George W. Loveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable Bernice Donald
US DISTRICT COURT