FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 29 PM 4: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ROY TOWNS,

     Plaintiff,

v.

BAPTIST MEMORIAL HOSPITAL
FOR WOMEN AND BAPTIST
MEMORIAL HEALTH CARE CORPORATION,

     Defendant.

Case No.: 03-2707 D V

---

ORDER STRIKING PENDING MOTIONS

---

On the calendar are various pending motions, specifically documents numbers 51; 52; 56; 59; 61; 62; and 63.

This matter came on for a trial on the merits on August 22, 2005. All motions were ruled on and resolved. Accordingly, the motions are stricken as moot.

**IT IS SO ORDERED** this _29_ day of _August_, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and _ 9(a, ...) on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in
case 2:03-CV-02707 was distributed by fax, mail, or direct printing on
September 6, 2005 to the parties listed.

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

George W. Loveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Samuel Jones
LAW OFFICE OF SAMUEL JONES
147 Jefferson Ave.
Ste. 407
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT