UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP -8 AM 10: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

---

ROY TOWNS

V.

BAPTIST MEMORIAL HOSPITAL
FOR WOMEN, et al.

JUDGMENT IN A CIVIL CASE

CASE NO: 03-2707-D

---

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS SO ORDERED AND ADJUDGED** in accordance with the jury verdict rendered on August 25, 2005, judgment is hereby entered for the defendants, Baptist Memorial Hospital for Women and Baptist Memorial HealthCare Corporation, and against the plaintiff, Roy Towns.

APPROVED:

_[signature]_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

_September 7, 2005_
Date

THOMAS M. GOULD
Clerk of Court

_[signature]_ Wendy Blackledge-Ellis
(By) Deputy Clerk

This document entered on the docket sheet In compliance
with Rule 58 and/ 79(a) FRCP on _9/9/05_

83

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:03-CV-02707 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

George W. Loveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Samuel Jones
LAW OFFICE OF SAMUEL JONES
147 Jefferson Ave.
Ste. 407
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT